# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Winters Bros Hauling of LI LLC | 12/8/2022 | 266499 | Check | $ 2,801.50 |
| Akorn Operating Company, LLC | Winters Bros Hauling of LI LLC | 1/17/2023 | 266960 | Check | $ 9,104.69 |
| Akorn Operating Company, LLC | Winters Bros Hauling of LI LLC | 1/31/2023 | 267090 | Check | $ 11,474.03 |
| Akorn Operating Company, LLC | Winters Bros Hauling of LI LLC | 2/9/2023 | 267221 | Check | $ 2,632.32 |
|  |  |  |  |  | $ 26,012.54 |