IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WINTER BROS HAULING OF LI, LLC.,<br><br>Defendant. | Adv. Proc. No. 25-50242 (KBO) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

In accordance with Del. Bankr. LR 9010-2(a), the firm of Ciardi Ciardi & Astin hereby enters its appearance and the firm of Saul Ewing LLP hereby withdraws its appearance as counsel to George Miller, Chapter 7 Trustee of the bankruptcy estates of *Akorn Holding Company LLC, et al.*, Plaintiff in the above-captioned adversary proceeding.

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

1

| CIARDI, CIARDI & ASTIN | SAUL EWING LLP |
|---|---|
| */s/ John D. McLaughlin, Jr.* <br> John D. McLaughlin, Jr. (No. 4123) <br> 1204 N. King Street <br> Wilmington, Delaware 19801 <br> Tel: (302) 658-1100 <br> Fax: (302) 658-1300 <br> jmclaughlin@ciardilaw.com <br><br> -and- <br><br> Albert A. Ciardi, III, Esquire <br> Walter W. Gouldsbury III, Esquire <br> 1905 Spruce Street <br> Philadelphia, PA 19103 <br> Tel: (215) 557-3550 <br> Fax: (215) 557-3551 <br> aciardi@ciardilaw.com <br> wgouldsbury@ciardilaw.com <br><br> *Counsel for George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,* | */s/ Evan T. Miller* <br> Evan T. Miller (DE Bar No. 5364) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Tel: (302) 421-6800 <br> evan.miller@saul.com <br><br> -and- <br><br> Steven C. Reingold <br> 131 Dartmouth Street, Ste 501 <br> Boston, MA 02116 <br> Tel: (617) 912-0940 <br> steven.reingold@saul.com <br><br> *Withdrawing Counsel for George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,* |

Dated: May 6, 2025