## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. |  |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No. 25-50242 (KBO) |
| v. | |
| WINTER BROS HAULING OF LI LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, John D. McLaughlin, Jr., certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Complaint, Summons, and Notice of Dispute Resolution Alternatives was made on May 6, 2025, by:

**X**   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   Winter Bros Hauling of LI LLC
   C/O C T Corporation System
   1999 Bryan St., Ste. 900
   Dallas, TX 75201-3136 USA

**X**   Electronic Mail ("E-Mail"): By e-mailing with defendant or defendant's counsel at the below address:

   jmills@wm.com

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

55262728.1 5/6/25

☐ Personal Service: By Leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ *John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (DE Bar No. 4123)
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, DE 19801
484-437-2676
jmclaughlin@ciardilaw.com

Dated:  May 6, 2025